```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                       SOUTHEASTERN DIVISION
```

**MARY COMBS,**                         )
                                        )
       **Plaintiff,**      )
   v.                     )   No. 4:05CV915-DJS
                                        )
**JO ANN B. BARNHART,**                 )
**Commissioner of Social Security,**    )
                                        )
       **Defendant.**      )

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 17, 2006, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

Dated this   13th   day of September, 2006.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE